# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JERARDO MUNIZ (1),

        Defendant.

CASE NO. 08CR1915-L

**JUDGMENT OF DISMISSAL**

12 MAR 13 PM 3:01

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_XX_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_XX_ of the offense(s) as charged in the Indictment:

    21:952 AND 960 - IMPORTATION OF MARIJUANA

    21:841(a)(1) - POSSESSION OF MARIJUANA WITH INTENT TO DISTRIBUTE

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 12, 2012

                          M. James Lorenz
                          U.S. District Judge